IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAVORIS HILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:18-CV-153-WHA |
| ) | |
| HENRY COUNTY/ ) | |
| WILLIAM K. MADDOX, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on June 5, 2018. Doc. 3. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

Done, this 28th day of June 2018.

        /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE